IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MILTON JAMALL WINCHESTER, :
    Petitioner, :
: 
vs. :   1:03-CR-30(WLS)
:   1:05-CV-33(WLS)
: 
UNITED STATES OF AMERICA, :
    Respondent. :

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. #28), filed June 13, 2005. It is recommended that Petitioner Winchester's Motion to Vacate, Set Aside, or Correct his Sentence be denied, since Petitioner's remedy is to petition the Bureau of Prisons, and to exhaust his administrative remedies with the Bureau of Prisons. No objection has been filed.

Upon full consideration, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made and reasons set out therein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence is DENIED. Petitioner is instructed that he may petition the bureau of Prisons for the purpose of exhausting his administrative remedies and seek a *nunc pro tunc* designation or such other administrative remedy that might be available.

SO ORDERED, this __8th__ day of July, 2005.

W. Louis Sands, Chief Judge
United States District Court

-1-